In the Matter of the Probate of the Will of RICHARD M. SCHELL, Deceased. ALICE S. PORCHER, Appellant; BANK OF NEW YORK & FIFTH AVENUE BANK, Individually and as Executor of and Trustee under the Will of RICHARD M. SCHELL, Deceased, et al., Respondents.

Argued January 15, 1952; decided March 6, 1952.

*Glenn L. Buck* for appellant.

*Thomas B. Fenlon* for Bank of New York & Fifth Avenue Bank and others, respondents.

*Stanley Gray Horan* for New York City Mission Society, respondent.

*Conrad Saxe Keyes* for Florence S. Virgin, respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.